

## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: `4:20-CV-00275-SDJ`

Name of party requesting extension: `Infosys Limited`

Is this the first application for extension of time in this case?

- ☑ Yes
- ☐ No

If no, please indicate which application this represents:

- ☐ Second
- ☐ Third
- ☐ Other _____

Date of Service of Summons: `09/08/2022`

Number of days requested:

- ☑ 30 days
- ☐ 15 days
- ☐ Other _____ days

New Deadline Date: `10/30/2022` *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: `Maria Downham`

State Bar No.: `36514-29`

Firm Name: `Faegre Drinker Biddle & Reath`

Address: `300 N. Meridian, St. #2500`

`Indianapolis, Indiana`

`46204`

Phone: `(317) 237-1248`

Fax: `(317) 237-1000`

Email: `maria.downham@faegredrinker.com`

A certificate of conference does not need to be filed with this unopposed application.