Exhibit 34

| | |
|---|---|
| From: | Seshu |
| To: | MFGS-US-MCO; MFGS-US-CSG; MFGX-MCO; MFGD_Sector_Owners; Saket Singh |
| Cc: | B G Srinivas; Sanjay Jalona, Infosys; Sudhir Chaturvedi; Satish H. C. |
| Subject: | Update on staffing open positions |
| Date: | Tuesday, May 17, 2011 2:29:24 PM |

Dear All,

Following is the summary of open positions across MFGD and MFGX-us.

- 162 open requirements for offshore and onsite together
- 50 requirements are staffed centrally
- 108 net open positions to be filled (48 onsite and 64 offshore)
- There are 154 people with Visa's at offshore in these accounts. We have asked DMs to reassign people with visas offshore for onsite opportunities and involve CSG where necessary (if customer involvement is required)
- Right now the focus should be to staff positions with probability >70% and start date in next 1-4 weeks

MFGD Open Requirements:

| Account | Total Staffing requests | Closed by central staffing | Net open | Offshore | Onsite | Available profiles with visa at offshore | Comments |
|---|---|---|---|---|---|---|---|
| APPLE | 60 | 12 | 48 | 8 | 40 | 65 | There are at least 20 People who are blocked for opportunities for June 30th and beyond. Suggesting Account team look at these and staff some of the onsite requirements with people at offshore in Apple account with visa. |
| Avery Dennison | 3 | 2 | 1 | 1 | | | Oracle DBA and not available in MFG |
| Cisco Systems | 8 | 7 | 1 | | 1 | 45 | Most of the Offshore and Onsite requirements are staffed by central staffing and some of them by account team with people in the account |
| Eastman Kodak Company | 2 | | 2 | 1 | 1 | | Open systems & not able to staff |
| Emerson | 15 | 4 | 11 | 11 | | | Pune we are not able to get senior Java profiles and cant give profiles in other locations since people have to work from client location. |
| INGRAM | 4 | 2 | 2 | 2 | | | |
| Intel Corporation | 12 | 2 | 10 | 10 | | | The candidates are getting rejected in interview. We had shared 4 profiles and all 4 got rejected. |
| Microsoft Corporation | 52 | 19 | 33 | 29 | 4 | 44 | MS Account to staff the remaining 4 onsite requirements with people at offshore in MS account with visa |
| Texas Instruments Inc. | 2 | | 2 | | 2 | | |
| The Boeing Company | 3 | 2 | 1 | 1 | | | |
| Verizon | 1 | | 1 | 1 | | | |
| **Grand Total** | **162** | **50** | **108** | **64** | **48** | **154** | |

MFGX Open Requirements:

| Account | Grand Total | Closed by central staffing | Offshore | Onsite | Comments |
|---|---|---|---|---|---|
| MBUSA | 3 | 3 | 2 | 1 | Can give Java profiles in Bangalore, Onsite already profile shared from MFGDPUN1 |
| Ericsson | 6 | | 6 | | Blore Oracle Pl\SQL[June 15th] |
| Syngenta | 4 | | 3 | 1 | Starting the project in Mangalore |
| Toyota | 7 | | 4 | 3 | immediate offshore , onsite july , but need to visa processing now |
| ALSTOM | 5 | | 2 | 3 | Proposal stage not confirmed |
| Daimler | 4 | | 4 | 1 | Proposal stage not confirmed |
| MAN | 7 | | 7 | | Proposal stage not confirmed |
| Volkswagen | 13 | | 10 | 3 | Proposal stage not confirmed |
| **Grand Total** | **49** | **3** | **38** | **11** | |

Following table give the list of talents available at offshore outside the demand list above. Pls check if you can staff any of these people in your accounts

Talent availability by skill and location:

| Location | Databases | DotNet | Java | Mainframe | Microsoft | OpenSystems | Grand Total |
|---|---|---|---|---|---|---|---|
| **BANGALORE** | 4 | 3 | 10 | 5 | | | 22 |

Koehler 0008968

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Senior Systems Engineer | | | 3 | | | | 3 |
| Systems Engineer | 3 | 1 | 2 | 2 | | | 8 |
| Systems Engineer Trainee | | | | 2 | | | 2 |
| Technology Analyst | | 1 | 2 | | | | 3 |
| Technology Lead | 1 | 1 | 3 | 1 | | | 6 |
| **BHUBANESWAR** | | **1** | **4** | | | | **5** |
| Systems Engineer | | 1 | 3 | | | | 4 |
| Technology Lead | | | 1 | | | | 1 |
| **CHARLOTTE** | | | **1** | | | | **1** |
| Senior Technology Architect | | | 1 | | | | 1 |
| **CHENNAI** | | **13** | **10** | **1** | | **1** | **25** |
| Project Manager | | | 1 | | | | 1 |
| Senior Systems Engineer | | 2 | 3 | | | | 5 |
| Systems Engineer | | 4 | 5 | 1 | | | 10 |
| Technology Analyst | | 4 | 1 | | | 1 | 6 |
| Technology Lead | | 3 | | | | | 3 |
| **FREMONT** | | | **1** | **1** | | | **2** |
| Project Manager | | | | 1 | | | 1 |
| Technology Lead | | | 1 | | | | 1 |
| **HYDERABAD** | | **29** | **8** | **3** | **2** | **2** | **44** |
| Project Manager | | | | | 1 | | 1 |
| Senior Project Manager | | | | | 1 | | 1 |
| Senior Systems Engineer | | 5 | 1 | | | | 6 |
| Systems Engineer | | 24 | 5 | 3 | | | 32 |
| Technology Analyst | | | 1 | | | 1 | 2 |
| Technology Lead | | | 1 | | | 1 | 2 |
| **MYSORE** | | | | **1** | | | **1** |
| Systems Engineer Trainee | | | | 1 | | | 1 |
| **NEWJERSY** | | | **1** | | | | **1** |
| Project Manager | | | 1 | | | | 1 |
| **PUNE** | | | **14** | **2** | | | **16** |
| Project Manager | | | 1 | | | | 1 |
| Systems Engineer | | | 13 | 2 | | | 15 |
| **SOUTHFIELD** | | | **1** | | | | **1** |
| Senior Technology Architect | | | 1 | | | | 1 |
| **Grand Total** | **4** | **46** | **50** | **13** | **2** | **3** | **118** |

Regards
Seshu